UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION and DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2019 APR -5 PM 3:08
CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| IN RE: | ) |
| | ) |
| LEAVE OF ABSENCE REQUEST | ) Case Nos.: |
| HENRY W. SYMS, JR. | )    CR118-058, M. Martin, III |
| June 7, 2019 through June 10, 2019 | )    CR118-081, M. Jones |
| and July 22, 2019 through July 24, 2019 | )    CR118-070, J. Brown |
| | )    CR118-085, K. Morgan |
| | )    CR118-075, A. Curry |
| | )    CR119-006, D. Horton, Jr. |
| | )    CR119-045, D. Horton |
| | ) |
| | )    CR318-012, M. Stephens, et. al. |
| | )    CR319-003, T. Linder, et. al. |

## ORDER

Upon consideration of the Motion for Leave of Absence filed by the United States of America in the above-cited cases on behalf of Assistant United States Attorney Henry W. Syms, Jr. for the dates of June 7, 2019 through June 10, 2019 for family vacation; and July 22, 2019 through July 24, 2019 to attend a prosecutorial conference; same is hereby GRANTED.

This 5& day of April, 2019.

_____
DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA