GAS 245D   (Rev. 1/24) Judgment in a Criminal Case for Revocations

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

JUL 18 2024

FILED

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| --- | --- |
| v. | (For Revocation of Probation or Supervised Release) |
| Marquis Donnell Jones | Case Number: 1:18CR00081-1 |
| | USM Number: 22869-021 |
| | Kenneth D. Crowder |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of mandatory and standard conditions (Violation Numbers 1 through 6, as outlined in the original petition, and Violation Numbers 13 through 16, as outlined in the second addendum) of the term of supervision.

☒ was found in violation of mandatory and standard conditions (Violation Numbers 7 through 12, as outlined in the first addendum) after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| 1 | You failed to report to the probation officer as instructed (standard condition). | December 19, 2022 |

See page 2 for additional violations

The defendant is sentenced as provided on page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated the condition(s),_____, and is discharged as to such violation(s).

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No: 0132

July 17, 2024
Date of Imposition of Judgment

Defendant's Year of Birth: 1989

Signature of Judge

City and State of Defendant's Residence:

North Augusta, South Carolina

Dudley H. Bowen, Jr.
United States District Judge
Name and Title of Judge

18 July 2024
Date

DEFENDANT: Marquis Donnell Jones
CASE NUMBER: 1:18CR00081-1

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | You failed to refrain from unlawful use of a controlled substance (mandatory condition). | December 8, 2022 |
| 3 | You failed to refrain from unlawful use of a controlled substance (mandatory condition). | November 7, 2022 |
| 4 | You failed to report to the probation officer as instructed (standard condition). | November 1, 2022 |
| 5 | You failed to refrain from unlawful use of a controlled substance (mandatory condition). | September 29, 2022 |
| 6 | You failed to refrain from unlawful use of a controlled substance (mandatory condition). | June 1, 2022 |
| 7 | You failed to refrain from unlawful use of a controlled substance (mandatory condition). | February 27, 2023 |
| 8 | You failed to report to the probation officer as instructed (standard condition). | March 28, 2023 |
| 9 | You failed to refrain from unlawful use of a controlled substance (mandatory condition). | March 29, 2023 |
| 10 | You failed to report to the probation officer as instructed (standard condition). | April 11, 2023 |
| 11 | You failed to refrain from unlawful use of a controlled substance (mandatory condition). | April 13, 2023 |
| 12 | You knowingly communicated or interacted with someone engaged in criminal activity or someone who was previously convicted of a felony (standard condition). | April 13, 2023 |
| 13 | You failed to work full time (at least 30 hours per week) at a lawful type of employment (standard condition). | July 19, 2023 |
| 14 | You failed to work full time (at least 30 hours per week) at a lawful type of employment (standard condition). | May 7, 2024 |
| 15 | You failed to report to the probation officer as instructed (standard condition). | May 16, 2024 |
| 16 | You failed to report to the probation officer as instructed (standard condition). | May 17, 2024 |

DEFENDANT: Marquis Donnell Jones
CASE NUMBER: 1:18CR00081-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: <u>12 months, with no supervision to follow.</u>

☐ The Court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL